IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ROBERT T. BUTTLE,

    Plaintiff,

vs.                               Civil Action 2:12-cv-684
                                    Judge Sargus
                                    Magistrate Judge King

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

### ORDER

Upon joint stipulation of the parties, Doc. No. 20, this action is hereby **REMANDED** to the Commissioner of Social Security, pursuant to Sentence 4 of 42 U.S.C. § 405(g), for further proceedings.

_3-1-2013_
Date

                                            Edmund A. Sargus, Jr.
                                            United States District Judge